Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

Norma Rose et al., Appellants, v Brown & Williamson Tobacco Corporation, as Successor in Interest to American Tobacco, et al., Respondents, et al., Defendant.

Submitted October 20, 2008; decided October 23, 2008

Motion by Product Liability Advisory Council, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Norma Rose et al., Appellants, v Brown & Williamson Tobacco Corporation, as Successor in Interest to American Tobacco, et al., Respondents, et al., Defendant.

Submitted October 20, 2008; decided October 23, 2008

Motion by Professor James A. Henderson, Jr. for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

Norma Rose et al., Appellants, v Brown & Williamson Tobacco Corporation, as Successor in Interest to American Tobacco, et al., Respondents, et al., Defendant.

Submitted October 20, 2008; decided October 23, 2008

Motion by Chamber of Commerce of the United States of America for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.